# Exhibit D



CPRS-L1A
(03-15-2022)



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
Office of the Director
Washington, DC 20233-0001

**A Message from the Director, U.S. Census Bureau:**

We request your participation with the **Construction Progress Reporting Survey**. The U.S. Census Bureau produces monthly statistics on the value of construction put in place using data obtained from owners or builders of sampled projects. These statistics provide the only comprehensive measure of construction activity at the national level and are used in the computation of the Gross Domestic Product.

The enclosed form identifies and describes your project that was sampled from published sources for inclusion in our survey. To limit cost and respondent burden, we survey only a small sample of projects. Therefore, your cooperation in this survey is especially important.

**Your initial report** will ask for the start date, projected completion date, total cost estimates, and monthly figures on the value of work done from the start of construction through the previous month. **It is particularly important that you give us your best estimate for item 5c.** Thereafter, we will ask you to report only a single figure each month for the construction value of work done, until the project is completed.

Please use the enclosed form as a reference prior to reporting online. Website and login information can be found on the front page of the form. Online reporting is easy, reduces costs, and decreases processing times. Going forward, you will receive either an email, a letter, or a phone call from the U.S. Census Bureau.

**YOUR RESPONSE WILL BE KEPT STRICTLY CONFIDENTIAL.** Information about the authority, confidentiality, and burden of this data collection can be found on the back of this letter.

For assistance with completing this survey, please call our customer help line at 1-800-845-8246, Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern time.

**Thank you** in advance for your time and participation, and for helping the U.S. Census Bureau measure America's people and economy.

Sincerely,

Robert L. Santos
Director

Enclosures



census.gov



U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

FORM

**C-700** (03/07/2022)

# CONSTRUCTION PROGRESS REPORTING SURVEY
## PRIVATE CONSTRUCTION PROJECTS

OMB No. 0607-0153: Approval Expires 02/28/2025

---

**DUE DATE:**

**DEC 31, 2024**

**RETURN TO:**
U.S. Census Bureau
1201 East 10th Street
Jeffersonville, IN 47132-0001

**FAX:**
1-800-845-8245

**VIA INTERNET
OR FOR HELP:**
econhelp.census.gov/cprs

Use your unique User ID
and original password.

User ID:    **4595627**

Password:    **Ysj+1674**

---

**IMPORTANT**

Please refer to the back of
this form for more information
and instructions for
completing the survey.

---

In any correspondence pertaining to this report, refer to the ID.



4595627  4595627  3  500  00  202412
C-700      L1A F
SEQ001-00219

ALABAMA STATE PORT AUTHORITY
ATTN PROJECT MANAGER

P O BOX 1588

MOBILE AL 36633

*(Please correct any errors above)*

---

NOTICE – Title 13 United States Code (U.S.C.), Sections 131 and 182, authorizes the Census Bureau to conduct this collection. The U.S. Census Bureau is required by Section 9 of the same law to keep your information confidential and can use your responses only to produce statistics. The Census Bureau is not permitted to publicly release your responses in a way that could identify your business, organization, or institution. Per the Federal Cybersecurity Enhancement Act of 2015, your data are protected from cybersecurity risks through screening of the systems that transmit your data. This collection has been approved by the Office of Management and Budget (OMB). The eight-digit OMB approval number is 0607-0153 and appears at the upper right of this page. Without this approval, we could not conduct this survey. We estimate this survey will take an average of 10-30 minutes to complete. More information about this estimate and an address where you may write with comments is on the back of this form.

---

| Section A | PROJECT IDENTIFICATION |
|---|---|

The construction project described below is associated with your organization according to published sources. Please correct any errors or fill in any blanks in Sections A and B. If necessary, make your corrections in item 9, Remarks, or use a separate sheet. **IF YOU HAVE ANY QUESTIONS CONCERNING THIS FORM, PLEASE CALL 1-800-845-8246.**

| **1a. PROJECT DESCRIPTION** | **1b. PROJECT LOCATION** |
|---|---|
| Port Alabama Industrial Center Ph 1 | Flowerwood Rd <br><br> Loxley AL |

---

| Section B | PERSON TO CONTACT REGARDING THIS SURVEY – *Please correct any errors below* |
|---|---|

**2a.** Name
Project Manager

| **b.** Telephone | **c.** Fax |
|---|---|
| (251) 441-7261 | (251) 441-7255 |

**d.** Email Address

**e.** Web Address

*Continue with Section C on the next page*